## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## COLUMBUS DIVISION

UNITED STATES OF AMERICA

v.                                                   Case No. 4:24-mj-66-AGH

**DAVID H. KAY**

---

**PRETRIAL ORDER**

---

The pretrial conference in this case was held on November 13, 2024.   The Court will hold a final pretrial conference on January 15, 2025.  **This case will be tried to a jury beginning January 21, 2025.**  Jury selection will begin at 9:00 a.m. on January 21, 2025 in Courtroom 2, on the third floor of the courthouse.   The Court intends to use Courtroom 1, on the second floor of the courthouse after jury selection and for the trial of the case.

In case of a plea, counsel shall email notification of the plea, and a copy of any plea agreement if possible, to the courtroom deputy (terrie_potts@gamd.uscourts.gov) no later than three (3) business days prior to the final pretrial conference.   The time for pretrial motions has expired and no further pretrial motions will be permitted.

Defendant shall be present with counsel at the above scheduled proceedings, and it is the responsibility of defense counsel to notify Defendant of the date, time, and location of court proceedings in the case.

1. Counsel shall file any proposed voir dire, requests to charge and verdict forms no later than Monday, January 13, 2025.   Failure to timely file these

1

proposed documents may result in waiver of the same.   Counsel should be prepared to address their proposed voir dire questions at the final pretrial conference.

2.  Copies of juror questionnaires will be available electronically through CM/ECF one week prior to jury selection.   It is the responsibility of each attorney to review these questionnaires prior to trial as the information contained therein will not be repeated during voir dire.   Any questions regarding access to questionnaires should be directed to the Clerk's Office.

3.  Counsel for the Government and Defendant are requested to email a proposed exhibit list and a proposed witness list to the courtroom deputy at terrie_potts@gamd.uscourts.gov no later than NOON the FRIDAY before the first day of trial.   This request is for administrative purposes, and the Court will not disclose either party's list to the opposing party without permission from the party producing the list.

4.  Counsel should coordinate with the courtroom deputy to schedule a courtroom technology run-through prior to trial.

5.  Electronic evidence files should be provided to the courtroom deputy no later than NOON the FRIDAY before the first day of trial.   Please refer to the court website http://www.gamd.uscourts.gov/technology for information regarding available courtroom technology and instructions on how to format and submit electronic evidence, specifically the instructions concerning the Jury Evidence Recording System (JERS).   **PLEASE**

2

**NOTE:** The parties are hereby on notice that both paper copies and electronic versions of all admitted exhibits will go out with the jury during deliberations. Additionally, the Court will take custody of any paper exhibit AS IT IS ADMITTED INTO EVIDENCE.

**SO ORDERED,** this 2nd day of December, 2024.

  s/ *Amelia G. Helmick*

UNITED STATES MAGISTRATE JUDGE